**Fill in this information to identify the case:**

| | |
|---|---|
| **Debtor 1** | Rayshell D. Fitzgerald |
| **Debtor 2** (Spouse, if filing) | |
| United States Bankruptcy Court for the: | **Eastern District of Pennsylvania** (State) |
| Case number | 23-10686-amc |

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

Filing this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1

**Name of creditor:** National Cooperative Bank, N.A.    **Court claim no.** (if known): 6

**Last four digits** of any number you use to identify the debtor's account: XXXXXX7555

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No
[ ] Yes. Date of the last notice: _____

### Part 1: Itemize Postpetiton Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney Fees | | (3) | $ |
| 4. Filing fees and court costs | 03/31/2023 – Plan Review<br>04/13/2023 – Obj to Confirmation | (4) | $475.00<br>$ $550.00 |
| 5. Bankruptcy/Proof of claim fees | 05/01/2023 -Proof of Claim | (5) | $ 475.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. Other. Specify: | | (11) | $ |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    Page 1

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Rayshell D. Fitzgerald | | Case Number *(if known)* 23-10686-amc |
|---|---|---|---|
| | First Name | Middle Name   Last Name | |

## Part 2:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐   I am the creditor.
☑   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗   /s/ Michael Clark                                         Date  06/13/2023
    Signature

Print:          Michael Clark              Bar No.: 202929  Title     Bankruptcy Attorney
                First name   Middle Name   Last name

Company        RICHARD M. SQUIRE & ASSOCIATES, LLC

Address        115 West Avenue, Suite 104,
               Number         Street

               Jenkintown, PA 19046
               City           State      Zip Code

Contact phone  (215) 886-8790         Email:   mclark@squirelaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:    Rayshell D. Fitzgerald<br><br>Debtor | Chapter: 13<br><br>Bankruptcy No.: 23-10686-amc<br>11 U.S.C. § 362 |

National Cooperative Bank, N.A.

Movant

vs.

Rayshell D. Fitzgerald

Debtor

and

Scott F. Waterman

Trustee

RESPONDENTS

### CERTIFICATE OF SERVICE

    I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Notice of Postpetition Mortgage Fees, Expenses, and Charges electronically and/or via First Class Mail, postage prepaid.

Date Served:    06/13/2023

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

Rayshell D. Fitzgerald
3215 Birch Road
Philadelphia, PA 19154

Brad J. Sadek
Sadek and Cooper
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

    I hereby certify the foregoing to be true and correct under penalty of perjury.

        Respectfully submitted,

    /s/ Michael Clark
    Richard M. Squire, Esq.
    Michael J. Clark, Esq.
    One Jenkintown Station, Suite 104
    115 West Avenue
    Jenkintown, PA 19046
    215-886-8790
    215-886-8791 (FAX)
    rsquire@squirelaw.com
    mclark@squirelaw.com