Fill in this information to identify the case:

Debtor 1   Rayshell D Fitzgerald

Debtor 2   _____
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of PENNSYLVANIA

Case number 23-10686-amc

Official Form 410S1

# Notice of Mortgage Payment Change                                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** STATEBRIDGE COMPANY, LLC

**Court claim no.** (if known): 6-2

**Last 4 digits** of any number you use to identify the debtor's account: 7555

**Date of payment change:** 10/1/2024
Must be at least 21 days after date of this notice

**New total payment:** $2,002.31
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $0.00                      New escrow payment: $773.84

## Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate: _____                     New interest rate: _____

   Current principal and interest payment: _____    New principal and interest payment: _____

## Part 3:  Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: _____                  New mortgage payment: _____

Official Form 410S1           Notice of Mortgage Payment Change                     page 1

Debtor 1 <u>Rayshell D Fitzgerald</u>　　　　　　　　　　　　　Case number (if known) <u>23-10686-amc</u>
　　　　Print Name　　Middle Name　　Last Name

## Part 4:　Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Michelle L. McGowan　　　　　　　　Date　8/26/2024
　Signature

Print　　Michelle L. McGowan　　　　　　　　　　　　　　Title　Authorized Agent for Creditor
　　　　First Name　　Middle Name　　Last Name

Company　Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address　13010 Morris Rd, Suite 450
　　　　Number　　Street

　　　　Alpharetta　　　　　　　　　　GA　　30004
　　　　City　　　　　　　　　　　　　State　ZIP Code

Contact Phone　470-321-7112　　　　　　　　　　　Email　mimcgowan@raslg.com

## TOC DISCLAIMER

Please note the creditor is in the process of filing a Transfer of Claim to reflect the creditor as the transferee of this claim. However, this notice of mortgage payment change is being filed to ensure the creditors compliance with Fed. R. Bankr. P. 3002.1.

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on ___September 4, 2024___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Rayshell D Fitzgerald
3215 Birch Road
Philadelphia, PA 19154

And via electronic mail to:

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

    By: /s/ Priyadarshini Priyanka

**STATEBRIDGE**

Statebridge Company, LLC
6061 S. Willow Drive
Suite 300
Greenwood Village, CO 80111
For Inquiries: (866) 466-3360

Analysis Date: August 09, 2024

RAYSHELL FITZGERALD
3215 BIRCH ROAD
PHILADELPHIA PA 19154

Loan: ███
Property Address:
3125 BIRCH ROAD
PHILADELPHIA, PA 19154

## Annual Escrow Account Disclosure Statement

### Results

You are receiving this statement because you have an escrow account. You deposit money into the escrow account monthly and we pay your property taxes, property insurance, and mortgage insurance on your behalf based on the settings of your account. Once a year, we are required by law to review your escrow account. This statement provides the results of this review. It includes a history of the activity in your escrow account since the last analysis along with the expected activity for the next year.

Based on the results of this analysis, we anticipate the following change in your monthly payment.

| Payment Information | Current | Effective 10/1/2024 |
|---|---|---|
| Principal and Interest | $1,228.47 | $1,228.47 |
| Escrow Payment | $0.00 | $773.84 |
| Total Payment | $1,228.47 | $2,002.31 |

### Activity Since Last Statement

This is a statement of the actual activity in your escrow account from June 2022 to Sept 2024. This may include anticipated transactions for the period between this statement and when it goes into effect.

| Month | Description | Anticipated Payment To Escrow | Actual Payment To Escrow | Description | Anticipated Disb. From Escrow | Actual Disb. From Escrow | Required Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | Starting Balance | | | 647.21 | (1,440.20) |
| Jun 2022 | Deposit | 353.51 | | *MIP/FHA | 191.72 | | 809.00 | (1,440.20) |
| Jul 2022 | Deposit | 353.51 | | *MIP/FHA | 191.72 | 191.72 | 970.79 | (1,631.92) |
| Aug 2022 | Deposit | 353.51 | | *MIP/FHA | 191.72 | 187.86 | 1,132.58 | (1,819.78) |
| Aug 2022 | | | | *Forced Placed Hazard | | 1,288.76 | 1,132.58 | (3,108.54) |
| Sep 2022 | Deposit | 353.51 | | *MIP/FHA | 191.72 | 187.86 | 1,294.37 | (3,296.40) |
| Sep 2022 | | | | *Forced Placed Hazard | | 182.37 | 1,294.37 | (3,478.77) |
| Oct 2022 | Deposit | 353.51 | | *MIP/FHA | 191.72 | 187.86 | 1,456.16 | (3,666.63) |

Loan ███   Page 1

Statebridge Company, LLC is a debt collector and is attempting to collect a debt. Any information obtained may be used for that purpose. If you are in active bankruptcy or have previously received a discharge in bankruptcy, this correspondence is not and should not be construed to be an attempt to collect a debt, but a possible enforcement of a lien against property.

**STATEBRIDGE**

| Month | Description | Anticipated Payment To Escrow | Actual Payment To Escrow | Description | Anticipated Disb. From Escrow | Actual Disb. From Escrow | Required Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| Oct 2022 | | | | * Forced Placed Hazard | | 198.13 | 1,456.16 | (3,864.76) |
| Nov 2022 | Deposit | 353.51 | | * MIP/FHA | 191.72 | 187.86 | 1,617.95 | (4,052.62) |
| Nov 2022 | | | | * Forced Placed Hazard | | 191.73 | 1,617.95 | (4,244.35) |
| Dec 2022 | Deposit | 353.51 | | * MIP/FHA | 191.72 | 187.86 | 1,779.74 | (4,432.21) |
| Dec 2022 | | | | * Forced Placed Hazard | | 198.13 | 1,779.74 | (4,630.34) |
| Jan 2023 | Deposit | 353.51 | | * MIP/FHA | 191.72 | 187.86 | 1,941.53 | (4,818.20) |
| Jan 2023 | | | | * Forced Placed Hazard | | 198.13 | 1,941.53 | (5,016.33) |
| Feb 2023 | Deposit | 353.51 | | * MIP/FHA | 191.72 | 187.86 | 2,103.32 | (5,204.19) |
| Feb 2023 | | | | * Forced Placed Hazard | | 189.30 | 2,103.32 | (5,393.49) |
| Mar 2023 | Deposit | 353.51 | | * City | 1,941.52 | 1,931.72 | 515.31 | (7,325.21) |
| Mar 2023 | | | | * MIP/FHA | 191.72 | 187.86 | 323.59 | (7,513.07) |
| Mar 2023 | | | | * Forced Placed Hazard | | 209.58 | 323.59 | (7,722.65) |
| Apr 2023 | Deposit | 353.51 | | * MIP/FHA | 191.72 | 187.86 | 485.38 | (7,910.51) |
| Apr 2023 | | | | * Forced Placed Hazard | | 202.83 | 485.38 | (8,113.34) |
| May 2023 | Deposit | 353.51 | | * MIP/FHA | 191.72 | 187.86 | 647.17 | (8,301.20) |
| May 2023 | | | 114.94 | * Insurance Refund | | | 647.17 | (8,186.26) |
| Jun 2023 | | | | * MIP/FHA | | 187.86 | 647.17 | (8,374.12) |
| Jul 2023 | | | | * MIP/FHA | | 187.86 | 647.17 | (8,561.98) |
| Jul 2023 | | | | * Hazard Insurance | | 1,815.00 | 647.17 | (10,376.98) |
| Aug 2023 | | | | * MIP/FHA | | 183.88 | 647.17 | (10,560.86) |
| Sep 2023 | | | | * MIP/FHA | | 183.88 | 647.17 | (10,744.74) |
| Oct 2023 | | | | * MIP/FHA | | 183.88 | 647.17 | (10,928.62) |
| Nov 2023 | | | | * MIP/FHA | | 183.88 | 647.17 | (11,112.50) |
| Dec 2023 | | | | * MIP/FHA | | 183.88 | 647.17 | (11,296.38) |
| Jan 2024 | | | | * MIP/FHA | | 183.88 | 647.17 | (11,480.26) |
| Feb 2024 | | | 1,073.61 | * Escrow Only Payment | | | 647.17 | (10,406.65) |
| Feb 2024 | | | | * MIP/FHA | | 183.88 | 647.17 | (10,590.53) |
| Mar 2024 | | | | * MIP/FHA | | 183.88 | 647.17 | (10,774.41) |
| Mar 2024 | | | | * City | | 1,931.73 | 647.17 | (12,706.14) |
| Apr 2024 | | | | * MIP/FHA | | 183.88 | 647.17 | (12,890.02) |
| Apr 2024 | | | | * Hazard Insurance | | 1,811.00 | 647.17 | (14,701.02) |
| May 2024 | | | 357.87 | * Escrow Only Payment | | | 647.17 | (14,343.15) |

Loan [redacted]    Page 2

Statebridge Company, LLC is a debt collector and is attempting to collect a debt. Any information obtained may be used for that purpose. If you are in active bankruptcy or have previously received a discharge in bankruptcy, this correspondence is not and should not be construed to be an attempt to collect a debt, but a possible enforcement of a lien against property.

Statebridge Company, LLC     6061 S. Willow Drive  Greenwood Village, CO  80111     www.statebridgecompany.com     Toll Free (866) 466-3360
Hours of Operation: Mon-Thursday 7am-7pm, Friday 7am-6pm, and Saturday 8am-12pm MDT

**STATEBRIDGE**

| Month | Description | Anticipated Payment To Escrow | Actual Payment To Escrow | | Description | Anticipated Disb. From Escrow | Actual Disb. From Escrow | Required Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|---|---|---|---|
| May 2024 | | | 715.74 | * | | | | 647.17 | (13,627.41) |
| May 2024 | | | | * | MIP/FHA | | 183.88 | 647.17 | (13,811.29) |
| May 2024 | | | | * | MIP/FHA | | 183.88 | 647.17 | (13,995.17) |
| Jul 2024 | | | | * | MIP/FHA | | 183.88 | 647.17 | (14,179.05) |
| Jul 2024 | | | | * | MIP/FHA | | 179.76 | 647.17 | (14,358.81) |
| | | | | E | Anticipated Transactions | | | 647.17 | (14,358.81) |
| Aug 2024 | | | | E | | | | | (14,358.81) |
| Sep 2024 | | | 357.87 | E | MIP/FHA | | 179.76 | | (14,180.70) |
| | Totals: | $4,242.12 | $2,620.03 | | | $4,242.16 | $15,360.53 | | |

*Difference in expected vs actual. E - Anticipated escrow account activity.

**Starting Escrow Balance Calculation**

| | |
|---|---|
| Escrow Balance at time of statement (8/9/2024) | (7,105.42) |
| Anticipated Escrow Payments | 6,441.66 |
| Anticipated Pmts from Escrow | ($179.76) |
| Anticipated Escrow Balance: | ($843.52) |

**Projections for Coming Year**

Your ending balance from the last month of the account history (escrow balance anticipated) is ($843.52). Your starting balance (escrow balance required) per this analysis should be 2,542.81. This means you have a shortage of $3,386.33. This shortage may be collected from you over a period of 12 months or more.
We have decided to collect it over 12 months.

**Surplus/Shortage Calculation**

| | |
|---|---|
| Anticipated Starting Escrow Balance | $(843.52) |
| Required Escrow Balance Based On Projection | $2,542.81 |
| Shortage: | $(3,386.33) |

Projection Detail

| Month | Anticipated Payment To Escrow | Anticipated Payment From Escrow | Description | Anticipated Escrow Balance | Required Escrow Balance |
|---|---|---|---|---|---|
| | | | Starting Balance | (843.52) | 2,542.81 |
| Oct 2024 | 491.65 | 179.76 | MIP/FHA | (531.63) | 2,854.70 |
| Nov 2024 | 491.65 | 179.76 | MIP/FHA | (219.74) | 3,166.59 |
| Dec 2024 | 491.65 | 179.76 | MIP/FHA | 92.15 | 3,478.48 |
| Jan 2025 | 491.65 | 179.76 | MIP/FHA | 404.04 | 3,790.37 |
| Feb 2025 | 491.65 | 179.76 | MIP/FHA | 715.93 | 4,102.26 |

Loan ████  Page 3

Statebridge Company, LLC is a debt collector and is attempting to collect a debt. Any information obtained may be used for that purpose. If you are in active bankruptcy or have previously received a discharge in bankruptcy, this correspondence is not and should not be construed to be an attempt to collect a debt, but a possible enforcement of a lien against property.

STATEBRIDGE.

| Month | Anticipated Payment To Escrow | Anticipated Payment From Escrow | Description | Anticipated Escrow Balance | Required Escrow Balance |
|---|---|---|---|---|---|
| Mar 2025 | 491.65 | 1,931.73 | City | (724.15) | 2,662.18 |
| Mar 2025 | | 179.76 | MIP/FHA | (903.91) | 2,482.42 |
| Apr 2025 | 491.65 | 1,811.00 | Hazard Insurance | (2,223.26) | 1,163.07 |
| Apr 2025 | | 179.76 | MIP/FHA | (2,403.02) | 983.31 |
| May 2025 | 491.65 | 179.76 | MIP/FHA | (2,091.13) | 1,295.20 |
| Jun 2025 | 491.65 | 179.76 | MIP/FHA | (1,779.24) | 1,607.09 |
| Jul 2025 | 491.65 | 179.76 | MIP/FHA | (1,467.35) | 1,918.98 |
| Aug 2025 | 491.65 | 179.76 | MIP/FHA | (1,155.46) | 2,230.87 |
| Sep 2025 | 491.65 | 179.76 | MIP/FHA | (843.57) | 2,542.76 |
| | $5,899.80 | $5,899.85 | | | |

There must be enough money in your escrow account to pay your tax and/or insurance bills. To do that, federal law allows us to require you to maintain a minimum amount in your escrow account equaling 1/6th of the anticipated payment from the account unless your mortgage contract or state law specifies a lower amount.

Your escrow balance contains a cushion of $983.31. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $983.31 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

We anticipate the total of your coming year bills to be $5,899.85. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

**New Escrow Payment Calculation**

| | |
|---|---|
| Unadjusted Escrow Payment | 491.65 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 282.19 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $773.84 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $1,720.12 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.

Statebridge Company, LLC is a debt collector and is attempting to collect a debt. Any information obtained may be used for that purpose. If you are in active bankruptcy or have previously received a discharge in bankruptcy, this correspondence is not and should not be construed to be an attempt to collect a debt, but a possible enforcement of a lien against property.

Statebridge Company, LLC        6061 S. Willow Drive   Greenwood Village, CO 80111        www.statebridgecompany.com        Toll Free (866) 466-3360
Hours of Operation: Mon-Thursday 7am-7pm, Friday 7am-6pm, and Saturday 8am-12pm MDT